IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

ALBERTO GONZALES, and
HARLEY G. LAPPIN,

Defendants.

_____

**ORDER**

_____

This matter is before me on an untitled document [Doc. # 5, filed 12/19/05] in which the

plaintiff requests that this case be consolidated with Civil Action No. 05-cv-01431-OES.  I

construe the untitled document as a motion to consolidate.

Civil Action No. 05-cv-01431-OES previously was dismissed on January 6, 2006.

Accordingly,

IT IS ORDERED that the motion to consolidate is DENIED.

Dated January 30, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge