IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

ALBERTO GONZALES, and
HARLEY G. LAPPIN,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File an Amended Complaint** [Doc. # 22, filed 4/19/06] (the "Motion").  The plaintiff seeks leave to amend his Complaint, but he does not attach a copy of the proposed amended complaint to the Motion.

The Federal Rules of Civil Procedure provide that a complaint may be amended as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

Fed.R.Civ.P. 15(a).

Because the defendants have filed a responsive pleading, the plaintiff may not amend his Complaint unless he obtains either leave of Court or written consent from the defendant.  Id.  Any motion to amend by the plaintiff must detail the proposed amendments and the reasons why such amendments are necessary and must be accompanied by a copy of the proposed amended

complaint. The plaintiff may not incorporate his original Complaint into the proposed amended complaint. The proposed amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims. Accordingly,

IT IS ORDERED that the plaintiff's request is DENIED WITHOUT PREJUDICE subject to compliance with this Order.

Dated May 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge