IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

ALBERTO GONZALES, and
HARLEY G. LAPPIN,

Defendants.

_____

**ORDER**

_____

This matter is before me on the plaintiff's **Motion for Leave to File an Amended Complaint** [Doc. # 22, filed 4/19/06] (the "Motion"). The plaintiff seeks leave to amend his Complaint. The proposed amended complaint does not name defendants Gonzales and Lappin. Instead, the plaintiff names eight Bureau of Prisons ("BOP") employees in their individual and official capacities.

The defendants object to the proposed amended complaint as futile because the Court lacks jurisdiction over the plaintiff's constitutional claims for money damages against the BOP employees in their official capacities

The plaintiff filed a letter, which I will construe as a reply in support of the Motion, in which he stipulates that he is asserting his constitutional claims against the BOP employees in their individual capacities only. See Letter [Doc. # 35, filed 8/8/06] at p.1. Accordingly,

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to accept for filing the Plaintiff's Proposed First Amended Complaint [Doc. # 31] submitted on July 3, 2006.

IT IS FURTHER ORDERED that the constitutional claims are brought against the BOP employees in their individual capacities only.

Dated October 10, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2