IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

ROBERT A. HOOD,
RON WILEY,
FNU SHARTLE,
FNU CRUZ,
LINDA BARNHART,
KEITH POWLEY,
CLIFF YOUNG, and
LISA BRAREN,

Defendants.



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2006

GREGORY C. LANGHAM
                    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This prisoner civil rights action was transferred from the United States District Court for the District of Columbia on December 7, 2005. The initial Complaint named Alberto Gonzales and Harley Lappin as defendants. Subsequently, I permitted the plaintiff to amend his Complaint to name as defendants Robert A. Hood; Ron Wiley; FNU Shartle; FNU Cruz; Linda Barnhart; Keith Powley; Cliff Young; and Lisa Braren. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendants Robert A. Hood; Ron Wiley; FNU Shartle; FNU Cruz; Linda Barnhart; Keith Powley; Cliff Young; and Lisa Braren. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all

other orders upon these defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that defendants Robert A. Hood; Ron Wiley; FNU Shartle; FNU Cruz; Linda Barnhart; Keith Powley; Cliff Young; and Lisa Braren or counsel for the defendants shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated October 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02467-EWN-BNB

Mohammed Saleh
Reg. No. 34853-054
ADX – Florence
PO Box 8500
Florence, CO 81226

Robert A. Hood, Ron Wiley,
FNU Shartle, FNU Cruz,
Linda Barnhart, Keith Powley,
Cliff Young, and Lisa Braren – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
ADX – Florence
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Robert A. Hood, Ron Wiley, FNU Shartle, FNU Cruz, Linda Barnhart, Keith Powley, Cliff Young, and Lisa Braren , The United States Attorney General, and the United States Attorney's Office: AMENDED COMPLAINT FILED 10/10/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/12/06    .

                                       GREGORY C. LANGHAM, CLERK

                              By: _____
                                                   Deputy Clerk