IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

LINDA BARNHART,
LISA BRAREN,
CRUZ "FNV",
ROBERT A. HOOD,
KEITH POWLEY,
SHARTLE "FNV",
RON WILEY and
CLIFF A. YOUNG,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Motion to Have the New Defendants be Served by U.S. Marshal** [docket no. 40, filed October 17, 2006] (the "Motion").  Pursuant to my Order granting service by U.S. Marshall entered on October 12, 2006 [docket no. 38],

        IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  October 18, 2006