IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

LINDA BARNHART,
LISA BRAREN,
CRUZ "FNV",
ROBERT A. HOOD,
KEITH POWLEY,
SHARTLE "FNV",
RON WILEY and
CLIFF A. YOUNG,

Defendants.

_____

# ORDER

_____

This matter is before me on the plaintiff's **Motion for Leave to File 2nd Amended Complaint** [Doc. # 48, filed 12/12/06] (the "Motion"). The plaintiff seeks leave to amend his Amended Complaint.

On May 1, 2006, I denied without prejudice the plaintiff's previous motion to amend his Complaint [Doc. #24]. In denying the motion, I explained that because the plaintiff was attempting to amend his Complaint after a responsive pleading had been served, he must file a motion seeking leave of the Court to amend his Complaint pursuant to Fed.R.Civ.P. 15. In addition, I explained the following procedures that the plaintiff must follow when seeking leave to amend his Complaint: (1) the motion must detail the proposed amendments and the reasons why

such amendments are necessary; (2) the plaintiff must attach a proposed amended complaint,

entitled "Amended Complaint," to the motion; (3) the plaintiff may not incorporate his original

Complaint into the proposed amended complaint; and (4) the proposed amended complaint must

stand alone; it must contain <u>all</u> of the plaintiff's claims.[1]

     In spite of my previous explanation regarding the proper manner to move to amend a

complaint, the plaintiff has submitted a motion to amend his Amended Complaint without

attaching a proposed second amended complaint to the Motion and without describing the

proposed amendments.  Accordingly,

     IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE.

     IT IS FURTHER ORDERED that any future motions to amend the complaint shall

comply with my Order of May 1, 2006.

     Dated January 5, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge

---

[1]The plaintiff was subsequently permitted to amend his Complaint.  *Order issued October 10, 2006* [Doc. #36].

2