IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

LINDA BARNHART,
LISA BRAREN,
CRUZ "FNV",
ROBERT A. HOOD,
KEITH POWLEY,
SHARTLE "FNV",
RON WILEY and
CLIFF A. YOUNG,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File 2nd Amended Complaint** [Doc. # 63, filed 1/19/07] (the "Motion"). The plaintiff seeks leave to amend his Amended Complaint. The defendants do not object to the proposed amendments. Accordingly,

IT IS ORDERED that Motion is GRANTED. The Clerk of the Court is directed to accept for filing the plaintiff's proposed second amended complaint, tendered January 19, 2007.

Dated February 22, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge