IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

ROBERT A. HOOD,
RON WILEY,
FNU SHARTLE,
FNU CRUZ,
LINDA BARNHART,
KEITH POWLEY,
CLIFF YOUNG, and
LISA BRAREN,

Defendants.

FILED
UNITED STATES DISTRICT COURT
D..., COLORADO

FEB 26 2007

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

The plaintiff was permitted to file a Second Amended Complaint on February 23, 2007. The Second Amended Complaint added as defendants Tommy Gomez and David Johnson. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendants Tommy Gomez and David Johnson. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint, Summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon these defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that defendants Tommy Gomez and David Johnson or counsel for the defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated February 26, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02467-EWN-BNB

Mohammed Saleh
Reg. No. 34853-054
ADX – Florence
PO Box 8500
Florence, CO 81226

Tommy Gomez and David Johnson– WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
ADX – Florence
**DELIVERED ELECTRONICALLY**

United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530
**COURTESY COPY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

William G. Pharo, Assistant US Attorney
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Tommy Gomez and David Johnson: SECOND AMENDED COMPLAINT FILED 02/23/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/26/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk