IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

LINDA BARNHART,
LISA BRAREN,
CRUZ "FNV",
ROBERT A. HOOD,
KEITH POWLEY,
SHARTLE "FNV",
RON WILEY,
CLIFF A. YOUNG,
TOMMY GOMEZ, and
DAVID JOHNSON,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File Third Amended Complaint** [Doc. # 73, filed 6/15/07] (the "Motion"). The plaintiff seeks leave to amend his Second Amended Complaint. The defendants do not object to the proposed amendments. Accordingly,

IT IS ORDERED that Motion is GRANTED. The Clerk of the Court is directed to accept for filing the plaintiff's proposed third amended complaint, tendered June 15, 2007.

Dated July 30, 2007.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge