IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

LINDA BARNHART,
LISA BRAREN,
CRUZ "FNV",
ROBERT A. HOOD,
KEITH POWLEY,
SHARTLE "FNV",
RON WILEY,
CLIFF A. YOUNG,
TOMMY GOMEZ, and
DAVID JOHNSON,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion for Entry of Order Allowing the Filing of a Third Amended Complaint and Brief in Support** [docket no. 77, filed July 10, 2007] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED: July 30, 2007