IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02467-EWN-BNB

MOHAMMED SALEH,

Plaintiff,

v.

LINDA BARNHART,
LISA BRAREN,
CRUZ "FNV",
ROBERT A. HOOD,
KEITH POWLEY,
SHARTLE "FNV",
RON WILEY,
CLIFF A. YOUNG,
TOMMY GOMEZ, and
DAVID JOHNSON,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2007

GREGORY C. LANGHAM
CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

The plaintiff has been granted leave to file a Third Amended Complaint. The Third Amended Complaint added as defendants the Federal Bureau of Prisons, Harley Lappin, John Vanyur, Kathleen Kenney, G. Hershberger, Michael Nalley, Mark Munson, Harvey Church, D.J. Krist, FNU Javernick, George Knox, Mark Collins, Tina Sudlow, FNU Reilley, D. Law, and FNU Jones. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from these defendants. If unable to do so, the United States Marshal shall serve a copy of the Third Amended Complaint, Summons, order granting leave to proceed pursuant to 28 U.S.C. §1915

and all other orders upon these defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that these additional defendants or counsel for the defendants shall respond to the Third Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated July 30, 2007.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge

Case 1:05-cv-02467-PAB-KLM   Document 84   Filed 07/30/07   USDC Colorado   Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02467-EWN-BNB

Laura L. Rovner
Attorney at Law
**DELIVERED ELECTRONICALLY**

Daniel E. Manville
Attorney at Law
**DELIVERED ELECTRONICALLY**

William G. Pharo, Assistant US Attorney
**DELIVERED ELECTRONICALLY**

Marcy Elizabeth Cook, Assistant US Attorney
**DELIVERED ELECTRONICALLY**

Amanda Adams Rocque, Assistant US Attorney
**DELIVERED ELECTRONICALLY**

Mark Munson, Harvey Church,
DJ Krist, "FNU" Javernick,
George Knox, Mark Collins,
Tina Sudlow, "FNU" Reilley,
D. Law, and "FNU" Jones – **WAIVER\***
c/o Christopher B. Synsvoll
Attorney Advisor
ADX – Florence
**DELIVERED ELECTRONICALLY**

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Federal Bureau of Prisons - **CERTIFIED**
c/o Harley G. Lappin, Director
320 First Street, N.W.
Washington, D.C. 20534

John Vanyur, Asst. Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Kathleen Kenney, Asst. Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

G.L. Hershberger, Former Regional Director - **CERTIFIED**
North Central Regional Office
Gateway Complex Tower II
400 State Ave.
Kansas City, KS 66101

Michael Nalley, Regional Director - **CERTIFIED**
North Central Regional Office
Gateway Complex Tower II
400 State Ave.
Kansas City, KS 66101

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Mark Munson, Harvey Church, DJ Krist, "FNU" Javernick, George Knox, Mark Collins, Tina Sudlow, "FNU" Reilley, D. Law, and "FNU" Jones; to the Federal Bureau of Prisons; to Harley Lappin; to John Vanyur; to Kathleen Kenny; to G.L. Hershberger; and to Michael Nalley: THIRD AMENDED COMPLAINT FILED 07/30/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/31/07.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk