**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02467-EWN-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY,
MIKE MERRILL, and
MICHAEL MUKASEY

    Defendants.

---

Civil Action No. 06-cv-01747-EWN-KLM

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY,
MIKE MERRILL, and
MICHAEL MUKASEY

    Defendants.

---

Civil Action No. 07-cv-00021-EWN-KLM

IBRAHIM ELGABROWNY,

    Plaintiff,

v.
FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY,
MIKE MERRILL, and
MICHAEL MUKASEY

    Defendants.

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P 41(a)(1), Plaintiffs and Defendants in the above-titled case have stipulated to a dismissal of Claim 6 of Plaintiffs' First Amended Consolidated Complaint without litigation and without further adjudication of the issues contained therein.

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their attorneys, that Claim 6 of the First Amended Consolidated Complaint is dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

Dated: April 23, 2008

| | |
|---|---|
| s/ Marcy E. Cook<br>Marcy E. Cook<br>Assistant United States Attorney<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0171<br>FAX: (303) 454-0408<br>E-mail: marcy.cook@usdoj.gov<br>Counsel for Defendant | STUDENT LAW OFFICE<br><br>s/ Karen Lamprey<br>Karen Lamprey<br><br>s/ Laura Ilardi Pearson<br>Laura Ilardi Pearson<br><br>s/ Raja Raghunath<br>Raja Raghunath, Esq. |

2

                Student Law Office
                University of Denver College of Law
                2255 E. Evans Ave. Ste. 335
                Denver, Colorado 80208
                Telephone: (303) 871-6140
                Fax: (303) 871-6847
                E-mail: rraghunath@law.du.edu
                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, I electronically filed the foregoing STIPULATION FOR VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

**Marcy Elizabeth Cook**
Marcy.Cook@usdoj.gov


                                      s/ Raja Raghunath
                                     Raja Raghunath, Esq.