IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02467-EWN-KLM
(Consolidated with Civil Action No. 06-cv-01747-EWN-KLM and 07-cv-00021-EWN-KLM)

MOHAMMED SALEH,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOHN VANYUR,
KATHLEEN KENNEY,
G. HERSHBERGER,
MICHAEL NALLEY,
RON WILEY,
JOHN SHARTLE,
MARK MUNSON,
MAUREEN CRUZ,
HARVEY CHURCH,
D. J. KRIST,
"FNU" JAVERNICK,
GEORGE KNOX,
MARK COLLINS,
T. GOMEZ,
TINA SUDLOW,
"FNU" REILLEY,
KEITH POWLEY,
D. LAW,
"FNU" JONES, and
DAVID JOHNSON,

    Defendant(s).

**and**

EL-SAYYID A.  NOSAIR,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,

HARLEY LAPPIN,
JOHN VANYUR,
MICHAEL NALLEY,
RON WILEY, and
"FNU" REILLEY,

    Defendant(s).

**and**

IBRAHIM ELGABROWNY,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOHN VANYUR,
MICHAEL NALLEY,
RON WILEY, and
"FNU" REILLEY,

    Defendant(s).

___

## MINUTE ORDER
___

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Joint Motion to Vacate and Reset Settlement Conference [Docket No. 173; Filed April 23, 2008] ("Joint Motion").

    IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**. The settlement conference set in this matter for May 13, 2008 at 9:00 a.m. is **vacated** and **RESET** to **June 19, 2008 at 9:00 a.m.** As noted in the Court's prior Order of January 7, 2008 [Docket No. 140], the parties shall follow the Court's Instructions for Preparation of Confidential Settlement Statements. The deadline for submission of the parties' Confidential Settlement Statements is **June 5, 2008**.

Dated: April 24, 2008