IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02467-EWN-KLM
(Consolidated with Civil Action No. 06-cv-01747-EWN-KLM and 07-cv-00021-EWN-KLM)

MOHAMMED SALEH,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

    Defendant(s).

**and**

EL-SAYYID A.  NOSAIR,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

    Defendant(s).

**and**

IBRAHIM ELGABROWNY,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

    Defendant(s).
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Allow Agency Participation in Scheduling [sic] Conference by Telephone** [Docket No. 198; Filed August 15, 2008] ("Motion to Appear by Telephone"). A Settlement Conference is set in this case for August 19, 2008 at 10:00 a.m.

    IT IS HEREBY **ORDERED** that the Motion to Appear by Telephone [#198] is **GRANTED**. Defendant BOP's representatives with full settlement authority shall be available by telephone throughout the entire period set for the Settlement Conference.

    This matter is also before the Court on Plaintiffs' **Unopposed Motion for Extension of Discovery Cutoff and Dispositive Motion Deadline** [Docket No. 200; Filed August 18, 2008] ("Motion to Extend").

    IT IS HEREBY **ORDERED** that the Motion to Extend [#200] is **GRANTED**. The Court finds that Plaintiffs have provided good cause for the extension of the discovery and dispositive motions deadline. The Scheduling Order entered on October 24, 2007 [Docket No. 117], as modified by my Order of May 20, 2008 [#184], is amended to extend the deadlines as follows:

- Discovery Cutoff     **November 3, 2008**
- Dispositive Motions Deadline     **December 1, 2008**[1]

Dated: August 18, 2008

---

[1] Although the Court previously determined that it had no authority to amend the dispositive motion deadline because that deadline is normally set by the District Court Judge assigned to this case [Docket No. 184], the Court now finds that because the dispositive motion deadline was set by this Court, I have authority to extend it.