IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02467-EWN-KLM
(Consolidated with Civil Action No. 06-cv-01747-EWN-KLM and 07-cv-00021-EWN-KLM)

MOHAMMED SALEH,

       Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOHN VANYUR,
KATHLEEN KENNEY,
G. HERSHBERGER,
MICHAEL NALLEY,
RON WILEY,
JOHN SHARTLE,
MARK MUNSON,
MAUREEN CRUZ,
HARVEY CHURCH,
D. J. KRIST,
"FNU" JAVERNICK,
GEORGE KNOX,
MARK COLLINS,
T. GOMEZ,
TINA SUDLOW,
"FNU" REILLEY,
KEITH POWLEY,
D. LAW,
"FNU" JONES, and
DAVID JOHNSON,

       Defendant(s).

**and**

EL-SAYYID A.  NOSAIR,

       Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,

HARLEY LAPPIN,
JOHN VANYUR,
MICHAEL NALLEY,
RON WILEY, and
"FNU" REILLEY,

      Defendant(s).

**and**

IBRAHIM ELGABROWNY,

      Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOHN VANYUR,
MICHAEL NALLEY,
RON WILEY, and
"FNU" REILLEY,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate Preliminary Pretrial Conference** [Docket No. 215; Filed September 5, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Preliminary Pretrial Conference set in this matter for September 24, 2008 at 10:30 a.m. is **vacated** and **RESET** to **November 18, 2008 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      The parties shall submit their proposed preliminary pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed preliminary pretrial order is on or before **November 11, 2008.**

      The parties are directed to the Court's website www.cod.uscourts.gov (Judicial Officers' Procedures/Magistrate Judges) to review the procedures for preparing the preliminary pretrial order. If the parties agree to **WAIVE** the preliminary pretrial conference, upon submission of the proposed pretrial order, they must call chambers (**303-335-2770**)

to notify the Court.  Magistrate Judge Mix will review the proposed order and make a determination if the parties may indeed waive the conference, or if the parties still need to appear for a preliminary pretrial conference.


Dated:  September 8, 2008