IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-EWN-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 06-cv-01747-EWN-KLM

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 07-cv-00021-EWN-KLM

IBRAHIM ELGABROWNY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

## LAW STUDENT ENTRY OF APPEARANCE

1. <u>Law Student Certification</u>

    I certify that:

    (a)  I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

    (b)  I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c)  I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (*www.cod.uscourts.gov*), including the Judicial Officers' Procedures.

Dated: Aug. 29, 2008                               s/ Darryl Collins_____
                                                   Signature of Student

2. <u>Law School Certification</u>

    I certify that this student:

    (a)  has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

    (b)  is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

    (c)  that RAJA RAGHUNATH who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: Aug. 29, 2008                               s/ Christine Cimini_____
                                                   Signature of Dean or Authorized Designee

                                                   <u>Director of Clinical Programs</u>_____
                                                   (Position of Above)

3. <u>Supervising Attorney's Certification</u>

    As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

    (a)  assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b)  guide and assist this student as necessary or appropriate under the circumstances; and

(c)  appear with this student in all proceedings in this matter.

Dated: Aug. 29, 2008         _s/ Raja Raghunath_____
       Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, DARRYL COLLINS, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: Aug. 29, 2008         _s/ Mohammed Saleh_____
       _s/ El-Sayyid A. Nosair_____
       _s/ Ibrahim Elgabrowny_____
       Signatures of Clients

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court.

Dated: September 15, 2008.         s/ Edward W. Nottingham
       Chief United States District Judge
       Exercising Consent Jurisdiction Pursuant
       to D.C. COLO.LCiv 72.2