IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: September 12, 2008 |

Civil Action No. 05–cv–02467–EWN–KLM
    *(Consolidated with 06-cv-01747-EWN-KLM and 07-cv-00021-EWN-KLM)*

| *Parties:* | *Counsel:* |
|---|---|
| MOHAMMED SALEH, | Laura Rovner and Rajasimba Raghunath |
|     Plaintiff, | |
| v. | |
| RON WILEY, Warden, in his official capacity,<br>FEDERAL BUREAU OF PRISONS,<br>HARLEY LAPPIN, Director, in his official capacity,<br>MICHAEL NALLEY, Regional Director,<br>MICHAEL MUKASEY,<br>JOYCE K. CONLEY, and<br>MICHAEL MERRILL, | Marcy Cook |
|     Defendants. | |

and

---

Civil Action No. 06–cv–01747–EWN–KLM

| | |
|---|---|
| EL-SAYYID A. NOSAIR, | Laura Rovner and Rajasimba Raghunath |
|     Plaintiff, | |
| v. | |
| FEDERAL BUREAU OF PRISONS,<br>MICHAEL MUKASEY, | Marcy Cook |

HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL, all sued in their official capacities,

    Defendants.

and

---

Civil Action No. 07–cv–00021–EWN–KLM

IBRAHIM ELGABROWNY,                    Laura Rovner and Rajasimba Raghunath

    Plaintiff,

v.

RON WILEY,                                         Marcy Cook
FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director,
JOHN VANYUR, Assistant Director/Programs,
MICHAEL NALLEY, Regional Director, and
"FNU" REILLEY, Chaplain,

    Defendants.

---

## COURTROOM MINUTES

**Hearing Regarding Motion for Definitive Statement**

**3:26 p.m.**    Court in session.

Discussion regarding motion, #213 in Case No. 05-cv-02467-EWN.

Discussion of General Order 2005-3, Local Rules, and court's concerns regarding admission of law students.

Colloquy between court and Ms. Rovner regarding proposed student participation.

Court's findings.

**ORDERED: 1.  Plaintiffs' Unopposed Motion for More Definitive Statement Regarding Minute Order (Doc. 212) (#213, filed September 4, 2008) is GRANTED.**

**ORDERED: 2.  The Minute Order (text only entry #212) DENYING Law School Student Entry of Appearance (#208 and #209) is hereby VACATED. Students may enter appearances upon the proper filing of motions. Students should also file motions when they withdraw from the case(s).**

Court reminds Ms. Rovner to submit proposed orders in WordPerfect or Word format to the chambers email in addition to filing in CM/ECF.

Discussion regarding settlement efforts before Magistrate Judge Mix.

**3:46 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:20