Civil Action No.  05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-PAB-KLM and 07-cv-00021-PAB-KLM)

MOHAMMED SALEH,

      Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

      Defendant(s).

**and**

EL-SAYYID A.  NOSAIR,

      Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

      Defendant(s).

**and**

IBRAHIM ELGABROWNY,

      Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

       Defendant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate Preliminary Pretrial Conference** [Docket No. 229; Filed November 6, 2008] (the "Motion to Vacate") and **Motion for Extension of Discovery Cutoff and Dispositive Motion Deadline and for Expedited Briefing Schedule** [Docket No. 231; Filed November 6, 2008] ("Motion to Extend").

IT IS HEREBY **ORDERED** that the Motion to Extend [#231] is **GRANTED**. The Court extends the discovery and dispositive motions deadlines as follows:

- Discovery Cutoff                            **January 5, 2009**
- Dispositive Motions Deadline        **February 9, 2009**

IT IS FURTHER **ORDERED** that any further discovery by either party may be propounded **_only_** with the express written permission of the Court upon a showing of why such discovery could not have been propounded prior to receipt of the 8,000 pages of new information provided to Plaintiffs by Defendants. **Any discovery propounded by any party who does not obtain Court permission to do so in advance may be ignored.**

IT IS FURTHER **ORDERED** that **no further extensions of time will be permitted**.

IT IS FURTHER **ORDERED** that the Motion to Vacate [#229] is **GRANTED in part and DENIED in part**. Although the case has been reassigned to a new District Judge, the Court has received no indication that Judge Brimmer does not want the Court to hold preliminary pretrial conferences. To the extent that Plaintiff seeks to vacate the preliminary pretrial conference indefinitely, the Motion is **denied**. However, given the Court's Order on the Motion to Extend, to the extent that Plaintiff seeks to reset the preliminary pretrial conference, the Motion is **granted**.

IT IS FURTHER **ORDERED** that the preliminary pretrial conference set for November 18, 2008 at 10:00 is **vacated** and **RESET** to **January 22, 2009 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall submit their proposed preliminary pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed preliminary pretrial order is on or before **January 16, 2009**.

The parties are directed to the Court's website www.cod.uscourts.gov (Judicial Officers' Procedures/Magistrate Judges) to review the procedures for preparing the preliminary pretrial order. If the parties agree to **WAIVE** the preliminary pretrial conference, upon submission of the proposed pretrial order, they must call chambers (**303-335-2770**) to notify the Court. Magistrate Judge Mix will review the proposed order and make a determination if the parties may indeed waive the conference, or if the parties still need to appear for a preliminary pretrial conference.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse or the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.


Dated: November 7, 2008