IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-EWN-KLM and 07-cv-00021-EWN-KLM)

MOHAMMED SALEH,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

    Defendant(s).

**and**

EL-SAYYID A.  NOSAIR,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

    Defendant(s).

**and**

IBRAHIM ELGABROWNY,

    Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL MUKASEY,
HARLEY LAPPIN,
JOYCE K. CONLEY,
MICHAEL NALLEY,
RON WILEY, and
MICHAEL MERRILL,

    Defendant(s).
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs **Unopposed Motion for Leave to File Supplemental Brief in Response to Defendants' Motion for Partial Dismissal of Plaintiffs' First Amended Consolidated Complaint (Doc. 149)** [Docket No. 237; Filed December 5, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Plaintiffs' Supplemental Brief in Response to Defendants' Motion for Partial Dismissal of Plaintiffs' First Amended Consolidated Complaint (Doc. 149) [Docket No. 237-2] and the accompanying exhibits [Docket Nos. 237-3 through -5] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** Defendants shall file a supplemental reply to the arguments presented in Docket No. 237-2 on or before **January 16, 2009**.

    IT IS FURTHER **ORDERED** that resolution of the pending Recommendation [Docket No. 196] is stayed until the Court has issued an Order or Recommendation on the parties' supplemental briefing.

    Dated:      December 10, 2008