IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 06-cv-01747-PAB-KLM

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 07-cv-00021-PAB-KLM

IBRAHIM ELGABROWNY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

LAW SCHOOL STUDENT ENTRY OF APPEARANCE

1. <u>Law Student Certification</u>

    I certify that:

    (a)  I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

    (b)  I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c)  I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (www.cod.uscourts.gov), including the Judicial Officers' Procedures.

    Dated: 8/27/09            _____
                                            Signature of Student

2. <u>Law School Certification</u>

    I certify that this student:

    (a)  has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

    (b)  is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

    (c)  that _Laura Rovner_, who will serve as supervising attorney, is employed in a clinical program approved by this school.

    Dated:                       _____
                                            Signature of Dean or Authorized Designee

                                  _DIRECTOR OF CLINICAL PROGRAMS_
                                            (Position of Above)

3. <u>Supervising Attorney's Certification</u>

    As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

    (a)  assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

 (b) guide and assist this student as necessary or appropriate under the circumstances; and

 (c) appear with this student in all proceedings in this matter.

Dated: 8/27/09

_____
Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, Danielle Clark, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 8-31-09

_____
Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except ____.

Dated: 9-17-09

_____
Signature of District Judge
or Magistrate Judge Exercising
Consent Jurisdiction Pursuant
to D.C. COLO.LCiv 72.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 06-cv-01747-PAB-KLM

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 07-cv-00021-PAB-KLM

IBRAHIM ELGABROWNY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

LAW SCHOOL STUDENT ENTRY OF APPEARANCE

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

    (b) I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c) I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (*www.cod.uscourts.gov*), including the Judicial Officers' Procedures.

    Dated: 8/27/09

    _____
    Signature of Student

2. Law School Certification

    I certify that this student:

    (a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

    (c) that Laura Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

    Dated: 8/27/09

    _____
    Signature of Dean or Authorized Designee

    DIRECTOR OF CLINICAL PROGRAMS
    (Position of Above)

3. Supervising Attorney's Certification

    As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

    (a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b)   guide and assist this student as necessary or appropriate under the circumstances; and

(c)   appear with this student in all proceedings in this matter.

Dated: 8/27/09

_____
Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, __Danielle Clark__, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 8/30/09

_____
Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except _____.

Dated: 9-17-09

_____
Signature of District Judge
or Magistrate Judge Exercising
Consent Jurisdiction Pursuant
to D.C. COLO.LCiv 72.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 06-cv-01747-PAB-KLM

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

Civil Action No. 07-cv-00021-PAB-KLM

IBRAHIM ELGABROWNY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

    Defendants.

---

LAW SCHOOL STUDENT ENTRY OF APPEARANCE

---

1. <u>Law Student Certification</u>

    I certify that:

    (a)   I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

    (b)   I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c)   I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (<u>www.cod.uscourts.gov</u>), including the Judicial Officers' Procedures.

    Dated: 8/27/09                    _____
                                                          Signature of Student

2. <u>Law School Certification</u>

    I certify that this student:

    (a)   has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

    (b)   is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

    (c)   that Laura Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

    Dated: 8/27/09                    _____
                                                          Signature of Dean or Authorized Designee

                                                          DIRECTOR OF CLINICAL PROGRAMS
                                                          (Position of Above)

3. <u>Supervising Attorney's Certification</u>

    As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

    (a)   assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b) guide and assist this student as necessary or appropriate under the circumstances; and

(c) appear with this student in all proceedings in this matter.

Dated: 8/27/09                      _____
                                     Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, Danielle Clark, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 8/31/09                      _____
                                     Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except           .

Dated: 9-17-09                      _____
                                     Signature of District Judge
                                     or Magistrate Judge Exercising
                                     Consent Jurisdiction Pursuant
                                     to D.C. COLO.LCiv 72.2