IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-PAB-KLM and 07-cv-00021-PAB-KLM)

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant,

**and**

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant,

**and**

IBRAHIM ELGABROWNY,

    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Answer** [Docket No. 270; Filed October 20, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Defendant's Answer [Docket No. 270-2] for filing as of the date of this Minute Order.

Dated: October 21, 2009