IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-PAB-KLM and 07-cv-00021-PAB-KLM)

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant,

**and**

EL-SAYYID A.  NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant,

**and**

IBRAHIM ELGABROWNY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Withdraw**

**Motion to Compel Discovery** [Docket No. 288; Filed January 13, 2010] (the "Motion").

On December 9, 2009, Plaintiffs filed a Motion to Compel Discovery [Docket No. 280].  In the instant Motion, Plaintiffs asks to withdraw the Motion to Compel because the parties have resolved the dispute.  Accordingly,

IT IS HEREBY **ORDERED** that Motion No. 288 is **GRANTED.**  Plaintiff's Motion to Compel [Docket No. 280] is **WITHDRAWN**.

Dated:  January 20, 2010