IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-PAB-KLM and 07-cv-00021-PAB-KLM)

MOHAMMED SALEH,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant,

**and**

EL-SAYYID A.  NOSAIR,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant,

**and**

IBRAHIM ELGABROWNY,

      Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,

      Defendant.
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiffs' **Motion to Stay Dispositive Motion**

**Deadline and to Reopen Discovery for Limited Purposes** [Docket No. 279; Filed December 9, 2009] (the "Motion").   Defendant filed **Defendant's Response to Plaintiffs' Motion to Stay Dispositive Motion Deadline and to Reopen Discovery for Limited Purposes** [Docket No. 284; Filed December 30, 2009], and this matter is now ripe for review.

In its Order of December 10, 2009 [Docket No. 283], the Court granted the Motion in part, to the extent that it requests an extension of the dispositive motion deadline.  The dispositive motion deadline in this matter is currently set for March 5, 2010.  In the Motion, Plaintiffs also request that discovery be reopened for the limited purposes of (1) allowing Plaintiffs to designate and depose a fact witness pursuant to Federal Rule of Civil Procedure 30(b)(6) to testify regarding the recently commenced "transfer hearings" at USP-Florence, Administrative Maximum ("ADX"); and (2) allowing Plaintiffs to obtain relevant documents regarding such hearings.  The Court previously held Plaintiffs' request to reopen discovery in abeyance, pending further briefing from the parties.

Although Defendant initially opposed Plaintiffs' request to reopen discovery, it has since withdrawn its opposition.  *See Response* [#284].  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Discovery in this matter is reopened for the limited purposes of (1) allowing Plaintiffs to designate and depose a fact witness pursuant to Federal Rule of Civil Procedure 30(b)(6) to testify regarding the recently commenced "transfer hearings" at ADX; and (2) allowing Plaintiffs to obtain relevant documents regarding such hearings.

IT IS **FURTHER ORDERED** that the deadline for completion of this additional

discovery is **March 8, 2010**.

IT IS **FURTHER ORDERED** that the dispositive motion deadline is extended to **March 22, 2010**. The Final Pretrial Conference in this matter remains set for April 6, 2010, at 10:30 a.m.

Dated:  January 21, 2010