IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action Nos. 05-cv-02467-PAB-KLM
06-cv-01747-PAB-KLM
07-cv-00021-PAB-KLM

MOHAMMED SALEH,
EL-SAYYID A. NOSAIR, and
IBRAHIM ELGABROWNY,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a four-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **January 24, 2011 at 8:00 a.m.**

A Trial Preparation Conference is set for **January 7, 2011 at 1:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

4) any stipulations as to fact or law; and

5) any other issue affecting the duration or course of the trial.

DATED April 12, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge