IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-PAB-KLM and 07-cv-00021-PAB-KLM)

MOHAMMED SALEH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant,

**and**

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant,

**and**

IBRAHIM ELGABROWNY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for a Protective Order**

[Docket No. 316; Filed April 28, 2010] (the "Motion").  In the Motion, Defendant seeks a ruling from the Court regarding the type of questions its representatives should be required to answer in upcoming depositions.  During the deposition of Defendant's representative held on May 20, 2010, I sustained Defendant's objections on the basis of the deliberative process privilege.  Accordingly,

IT IS HEREBY **ORDERED** the Motion is **GRANTED in part** as set forth on the record of the deposition held on May 20, 2010.


Dated:  May 27, 2010