IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02467-PAB-KLM
(Consolidated with Civil Action No. 06-cv-01747-PAB-KLM and 07-cv-00021-PAB-KLM)

MOHAMMED SALEH,

 Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

 Defendant,

**and**

EL-SAYYID A. NOSAIR,

 Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

 Defendant,

**and**

IBRAHIM ELGABROWNY,

 Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,

 Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on **Defendant's Unopposed Motion for Leave to**

**File Surreply to Plaintiffs' "Reply to Defendant's Response Opposing Plaintiffs' Motion for Partial Summary Judgment" (Doc. 324)** [Docket No. 329; Filed July 6, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Defendant's Surreply [Docket No. 329-1, at 2-5] for filing as of the date of this Minute Order. **No further briefing on the pending Motion for Partial Summary Judgment [#296] shall be permitted**.

Dated: July 12, 2010